JPML FORM 1A  DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 321 -- IN RE SUNSHINE MINING COMPANY SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 10/11/77 | 1 | JOINT MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SVC. -- Defendants Sunshine Mining Co., and individual director-defendants SUGGESTED TRANSFEREE DISTRICT: Southern District of New York SUGGESTED TRANSFEREE JUDGE: |
| 10/21/77 | | APPEARANCE -- Edward Brodsky, Esquire for Sunshine Mining Co. Michael P. Fuchs, Esquire for Nicholas Maris Melvyn I. Weiss, Esquire for Underweiser, C.E. Nelson, C.J. Hamilton, C.W. Burton, Jr., John W. Ernst & Hal-Curtis Fisher |
| 10/21/77 | 2 | RESPONSE -- Plaintiffs Nicholas Maris, et al. w/cert. of svc. |
| 10/25/77 | | APPEARANCE -- Michael J. Hemovich, Esq. for Charles Stolz |
| 10/26/77 | | APPEARANCE -- ABRAHAM I. MARKOWITZ, ESQ for Ethel Berenson |
| 10/27/77 | | TELEGRAM REQUESTING EXTENSION OF TIME -- Charles Stolz -- Granted to and including November 7, 1977 only. |
| 10/28/77 | 3 | RESPONSE -- Plaintiff Ethel Berenson w/cert. of svc. |
| 11/1/77 | 4 | SUPPLEMENTAL AFFIDAVIT -- Sunshine Mining Comp. Securities Lit. |
| 11/4/77 | | REQUEST FOR EXTENSION OF TIME -- Plaintiff Charles Stolz-- GRANTED TO Nov. 11 1977. |
| 11/4/77 | | HEARING ORDER -- Setting A-1, A-2, A-3 for hearing -- December 7, 1977 San Diego, Calf. |
| 11/10/77 | | REQUEST FOR EXTENSION OF TIME -- Plaintiff Charles Stolz -- GRANTED to and including November 14, 1977. |
| 11/14/77 | 5 | RESPONSE -- Charles Stolz w/cert. of service |
| 11/14/77 | 6 | AFFIDAVIT -- John W. Ernst for himself (ea) |
| 11/21/77 | 7 | AFFIDAVIT -- Lyle L. Iversen for Sunshine Mining Company (ea) |
| 11/21/77 | 8 | AFFIDAVIT -- Ivan Irwin, Jr. for G. Michael Boswell, President of Sunshine Mining Co. (ea) |
| 11/21/77 | 9 | AFFIDAVIT -- Edward Brodsky for Sunshine Mining Company (ea) |
| 11/21/77 | 10 | AFFIDAVIT -- Melvyn I. Weiss for Irwin P. Underweiser (ea) |
| 11/21/77 | 11 | AFFIDAVIT -- Irwin P. Underweiser for defendants Hamilton, Burton, Hal-Curtis Felsher, Nelson and himself. (ea) |
| 11/21/77 | 12 | AFFIDAVIT -- C.J. Hamilton by himself (for Melvyn I. Weiss, Esq.) (ea) |
| 11/22/77 | 13 | AFFIDAVIT -- Michael P. Fuchs for Nicholas Maris and Dorothy Maris (ea) |
| 11/30/77 | | WAIVER OF ORAL ARGUMENT -- Defendant J.W. Ernst for 12/7/77 hearing in San Diego, Ca. (ea) |
| 1/30/78 | | OPINION AND ORDER -- Transferring A-3 to the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 and assigning it to the Honorable Whitman Knapp (cds) |
| 2/3/78 | | LETTER -- Counsel for Sunshine Mining Co. (William J. McSherry, Jr.) w/service indicated (dated Jan. 31, 1978) (rew) |
| 2/13/78 | 14 | MOTION FOR RECONSIDERATION -- Charles Stolz w/cert. of service |

JPML FORM 1A - Continuation                           DOCKET ENTRIES -- p. 2

DOCKET NO. 321 -- IN RE SUNSHINE MINING COMPANY SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 2/28/78 | 15 | AFFIDAVIT IN OPPOSITION TO MOTION -- Plaintiff Stoltz -- w. Exhibit A and cert. of service. (emh) |
| 3/1/78 | 16 | RESPONSE/AFFIDAVIT IN OPPOSITION TO MOTION -- Plaintiff's Nicholas and Dorothy Maris -- w/cert. of service (cds) |
| 3/1/78 | 17 | RESPONSE/AFFIDAVIT IN OPPOSITION TO MOTION -- Defendant Sunshine Mining Company -- With Exhibits A and B and Certificate of service(cds) |
| 4/5/78 | | ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION -- Notified xxxxxx transferee clerk, transferee judge, panel judges, & counsel (rew) |

DOCKET NO. 321 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SUNSHINE MINING COMPANY SECURITIES LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) 12/7/77

Consolidation Ordered 1/30/78    Consolidation Denied _____

Opinion and/or Order 1/30/78

Citation 444 F.Supp 223

Transferee District  Southern District of New York    Transferee Judge  Whitman Knapp

MISC. NUMBER ASSIGNED S.D.N.Y. M-21-23

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Nicholas Maris and Dorothy Maris v. Sunshine Mining Co., et al. | S.D.N.Y. Knapp | 77Civ.4020 | | | 8/9/8 D | |
| A-2 | Ethel Berenson v. Irwin P. Underweiser, et al. | S.D.N.Y. Pollack | 77Civ.4386 | | | 4/22/81 D | |
| A-3 | Charles Stolz v. Sunshine Mining Co., et al. | E.D.WA. Neill | C-77-267 | 1/30/78 | 78 Civ 467 | 7/7/8 D | |
| XYZ-1 | Great Western United Corp., e5c. v. Sunshine Mining Co., et al. | S.D.N.Y. Knapp | 77 CV 4500 | | | 6/30/80 | |

July 1979 — 1 TR / 3 XYZ / 4 Pdg.
July 1980 — Same
July 1981 — 1 Misc — 3 Pdg.

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 321 -- IN RE SUNSHINE MINING COMPANY SECURITIES LITIGATION

| | |
|---|---|
| **SUNSHINE MINING COMPANY**<br>Edward Brodsky, Esquire<br>Spengler, Carlson, Gubar, Churchill<br>  & Brodsky<br>280 Park Avenue<br>New York, New York   10017<br><br>IRWIN P. UNDERWEISER<br>C. E. NELSON<br>C. J. HAMILTON<br>CHARLES W. BURTON, JR.<br>JOHN W. ERNST<br>**HAL-CURTIS FELSHER**<br>Melvyn I. Weiss, Esquire<br>Milberg, Weiss, Bershad & Spechtrie<br>One Pennsylvania Plaza<br>New York, New York   10001<br><br>**NICHOLAS MARIS AND DOROTHY MARIS (A-1)**<br>Michael P. Fuchs, Esquire<br>Wolf, Popper, Ross, Wolf & Jones<br>845 Third Avenue<br>New York, New York   10022<br><br>**ETHEL BERENSON (A-2)**<br>Abraham I. Markowitz, Esquire<br>1501 Broadway<br>New York, New York   10036<br><br>**CHARLES STOLZ (A-3)**<br>Michael J. Hemovich, Esquire<br>Hemovich, Smith & Nappi<br>510 Lincoln Building<br>West 818 Riverside Ave.<br>Spokane, Washington   99201 | **JOHN W. ERNST**<br>Davis, Kuelthau, Vergeront<br>  Stover & Leichtfuss<br>250 East Wisconsin Avenue<br>Milwaukee, Wisconsin   53202 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 321 -- IN RE SUNSHINE MINING COMPANY SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
| --- | --- |
| Sunshine Mining Co. | A-1, A-2, A-3 |
| I. P. Underweiser | A-1, A-2, A-3 |
| C. E. NELSON | A-1, A-2, A-3 |
| H. C. Felsher | A-1, A-2, A-3 |
| C. J. Hamilton | A-1, A-2, A-3 |
| C. W. Burton, Jr. | A-1, A-2, A-3 |
| J. W. Ernest | A-1, A-2, A-3 |